# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR 216-9 |
| ) | |
| ROBERT SEABRUM ) | |

## ORDER

Having read and considered Defendant's Motion to Sentence Robert Seabrum after Leandra Edwards (Dkt. No. 97), said Motion is hereby DENIED.

SO ORDERED, this ___7___ day of February, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA